## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NETEXIT, INC., *et al.*, | ) | Case No. 04-11321 (JLP) |
| | ) | |
| Debtors. | ) | **Re D.I. 480** |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Debtor. | ) | **Re D.I. 3019** |

### NOTICE OF APPEAL

The Official Committee of Unsecured Creditors (the "Netexit Committee") appointed in the chapter 11 cases of Netexit, Inc., *et al.* (collectively, the "Netexit Debtors")[1], by and through its undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Delaware from the United States Bankruptcy Court for the District of Delaware's Order dated April 26, 2005 denying the Netexit Committee's Motion For Reimbursement Of Amounts Paid By The Netexit Debtors On Behalf Of Northwestern Corporation, which was entered by United States Bankruptcy Judge John L. Peterson on April 28, 2005 [D.I. 480 in Case No. 04-11321 and D.I. 3019 in Case No. 03-12872]. A copy of the Order appealed from is attached hereto as Exhibit A.

---

[1] The Debtors are ATS Financial Services, Inc., Netexit of California Construction, Inc., Netexit of California, Inc., Netexit of Indiana, LLC, Netexit of Indiana, Inc., Netexit of North America, LLC, Netexit of Tennessee, Inc., Netexit of Pacific Northwest, Inc., Netexit of Oklahoma, Inc., Netexit of New York, LLC, Netexit of Mississippi, Inc., Netexit of Hawaii, Inc., and Eagle a Netexit Company Inc.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**PARTIES**                                        **COUNSEL**

1.  The Official Committee of                      CROSS & SIMON, LLC
    Unsecured Creditors                            Christopher P. Simon
                                                   Donna L. Harris
                                                   913 N. Market Street, 11th Floor
                                                   P.O. Box 1380
                                                   Wilmington, Delaware 19899-1380
                                                   (302) 777-4200

2.  Netexit, Inc., *et al*.                        PAUL, HASTINGS, JANOFSKY,
                                                   & WALKER LLP
                                                   Jesse H. Austin, III
                                                   Karol K. Denniston
                                                   600 Peachtree Street
                                                   Suite 2400
                                                   Atlanta, GA 30308
                                                   (404) 815-2400

                                                   -and-

                                                   GREENBERG TRAURIG, LLP
                                                   Scott D. Cousins
                                                   William E. Chipman, Jr.
                                                   1000 West Street, Suite 1540
                                                   Wilmington, DE 19801
                                                   (302) 661-7000

3.  NorthWestern Corporation                       PEPPER HAMILTON, LLP
                                                   David B. Stratton
                                                   1313 Market Street, Suite 5100
                                                   Wilmington, DE 19801
                                                   (302) 777-6566

[Signatures appear on following page.]

|  |  |
|---|---|
| Dated: May 6, 2005<br>Wilmington, Delaware | CROSS & SIMON, LLC<br><br>  /s/ Donna L. Harris<br>Christopher P. Simon (No. 3697)<br>Donna L. Harris (No. 3740)<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, Delaware  19899-1380<br>(302) 777-4200<br><br>Counsel for the Netexit Committee |