UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

6/9/2005

C.A. No.:
Bankruptcy Case No.: **04-11321 (RB)**
Appeal No.: **05-030**

Bankruptcy Appeal Transmittal Sheet

| | |
|---|---|
| Name of Appellant(s): | **The Official Committee of Unsecured Creditors** |
| Counsel for Appellant(s): | **Cross & Simon, LLC**<br>**Christopher P. Simon**<br>**Donna L. Harris**<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19899-1380<br>(302) 777-4200 |
| Name of Appellee:<br>Counsel for Appellee and Debtor: | **Netexit, Inc., et al**<br>**Paul Hastings, Janofsky,**<br>**& Walker, LLP**<br>**Jesse H. Austin, III**<br>**Karol K. Denniston**<br>600 Peachtree Street<br>Suite 2400<br>Atlanta, GA 30308<br>(404) 815-2400<br><br>And<br><br>**Greenberg Traurig, LLP**<br>**Scott D. Cousins**<br>**William E. Chipman, Jr.**<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801<br>(302) 661-7000 |

Enclosed Items:

**Electronically Filed on 6/9/05**

**Notice of Appeal: (Docket #500)**

**Appealable Order: (Docket #480)**

**Appellants Designation of Record on Appeal: (Docket # 533)**

**Appellees Designation: None**

**Transmittal letter: (Docket #571)**